JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOSE ISAIAS HERNANDEZ MENJIVAR,<br><br>Petitioner,<br><br>v.<br><br>SECRETARY OF HOMELAND SECURITY, et al.,<br><br>Respondents. | Case No. 5:26-cv-03479-AB-DTB<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: September 14, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE